ROBERT N. RIKEL an Infant, Appellant, *v.* ROBERT B. FERGUSON, Respondent.

(Argued December 6, 1889; decided December 20, 1889.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made the fourth Monday of June, 1889, which overruled plaintiff's exceptions and directed judgment in favor of defendant upon an order dismissing the complaint on trial.

*Hugo Hirsh* for appellant.

*Albert G. McDonald* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.